1  DOUGLAS A. GOSS, Bar # 143052
   LAW OFFICE OF DOUGLAS A. GOSS
2  3439 Brookside Road, Suite 205
   Stockton, CA 95219
3  Tel: (209) 373-4680
   Fax: (209) 475-4951
4

5  Attorney for Defendant
   JIMMY KHIO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:18-cr-00219 DAD-BAM

12 |         *Plaintiff*,             | **STIPULATION AND ORDER THEREON**

13 | vs.                              | JUDGE: Hon. Dale A. Drozd

14 | JIMMY KHIO,

15 |         *Defendant*.

16

17

18     Parties hereby agree to temporarily substitute an unsecured bond in the amount of

19 $100,000 in lieu of a property bond signed by Jimmy Khio and Ramina Ishac. When the

20 Recorder's Office of Cook County, Illinois returns to business and it becomes possible to file a

21 property bond, Defendant agrees to secure a property bond consistent with the Orders and

22 Conditions provided in this case on April 10, 2020.

23

24 DATED: April 14, 2020                                Law Office of Douglas A. Goss

25

26                                                     /s/ Douglas A. Goss            .
                                                        DOUGLAS A. GOSS
27                                                      Attorney for Defendant
                                                          JIMMY KHIO
28

- 1 -

STIPULATION AND PROPOSED ORDER THEREON

| | |
|---|---|
| DATED: April 14, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/Jeffrey A. Spivak<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that defendant Jimmy Khio's be released upon posting an $100,000 unsecured bond signed for by Jimmy Khio and Ramina Ishac until such time that a property bond can be substituted as set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: **April 14, 2020**  _____
UNITED STATES DISTRICT JUDGE